UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBBIE WILLISON, MATTHEW FLEEGER
and STEPHEN KERR,

    Plaintiffs,

v.                                                    Case No.  5:11-cv-394-Oc-32TBS

WACHOVIA BANK and BANK OF AMERICA,

    Defendants.
_____/

ORDER

Pending before the Court is Wachovia Bank, N.A.'s Motion to Compel Responses to First Sets of Interrogatories and First Requests for Production and Memorandum in Support Thereof (Doc. No. 17).

According to the motion, pursuant to Local Rule 3.01(g), defense counsel "emailed Plaintiffs' counsel and informed him that the deadline for Plaintiffs to serve their responses to the Interrogatories and the Production Requests has passed and inquired as to when Plaintiffs' counsel expected to serve responses to the past due discovery requests.  As of the date of this Motion, Plaintiffs' counsel has not responded to Wachovia's counsel."

An email is not what Local Rule 3.01(g) intends.  The Court has not seen the email in this case and has no opinion about it contents.  However, too often the emails the Court does see are carefully (sometimes sharply) worded epistles which may give the sender some short lived feeling of satisfaction but which are not constructive and it is difficult to understand how they advance the client's legitimate interests.

The Rule requires counsel to "confer" which means to converse and discuss an issue in good faith before a motion is filed.  Ideally, counsel will sit down over a cup of coffee but since that is not always feasible, at a minimum the Court expects counsel to speak by telephone about an issue before filing a motion.  Both counsel have a duty in this regard.  The attorney who is considering filing a motion has a duty to call his opponent and his opponent has a duty to take the call or if unavailable, promptly return the call.

Because the instant motion does not satisfy the requirements of Local Rule 3.01(g) it is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on January 17, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel