UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBBIE WILLISON, MATTHEW FLEEGER
and STEPHEN KERR,

    Plaintiffs,

v.                                                               Case No.  5:11-cv-394-Oc-32TBS

WACHOVIA BANK and BANK OF AMERICA,

    Defendants.
_____/

## ORDER

Pending before the Court are:

1.     Plaintiffs' Motion for Extension of Time in which to Schedule and Complete Mediation (Doc. 30); and

2.     Wells Fargo Bank, N.A.'s Unopposed Motion for Enlargement of Time to Serve Response to Plaintiffs' Amended Complaint (Doc. 32).

Upon due consideration both motions are GRANTED, the parties shall have through April 30, 2012 within to mediate this controversy and Wells Fargo Bank shall have through April 16, 2012 within to serve its response to plaintiffs' amended complaint.

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 20, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel