UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBBIE WILLISON, MATTHEW FLEEGER
and STEPHEN KERR,

    Plaintiffs,

v.                                                         Case No.  5:11-cv-394-Oc-32TBS

WACHOVIA BANK and BANK OF AMERICA,

    Defendants.
_____/

## ORDER

Pending before the Court is Defendants' Motion to Dismiss.  (Doc. 40).  The undersigned has reviewed the certificate of service and service list attached to Defendants' motion and has concluded that the pro se Plaintiffs, Matthew Fleeger[1] and Robbie Willison,[2] were not served with the pleading.  See (Doc. 40 at 20-21).  Accordingly, it is ORDERED that Defendant shall immediately serve Plaintiff Fleeger and Plaintiff Willison with copies of the motion.  The pro se Plaintiffs are advised that they have fourteen (14) days from the date of service to respond to Defendants' Motion to Dismiss, pursuant to the Federal Rule of Civil Procedure and the Local Rules of this Court.

    IT IS SO ORDERED.

---

[1] On April 11, 2012, the Court granted David Finkelstein's motion to withdraw as Matthew Fleeger's counsel and directed that future correspondence concerning Plaintiff Fleeger be directed to his last known address.  (Doc. 37).

[2] On April 12, 2012, the Court granted David Finkelstein's motion to withdraw as Robbie Willison's counsel and directed that future correspondence concerning Plaintiff Willison be directed to his last known address.  (Doc. 39).

DONE AND ORDERED in Ocala, Florida, on April 17, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

All Counsel

Matthew Fleeger
6640 Spring Valley Road
Dallas, Texas 75254

Robbie Willison
6025 Sandy Springs Cir
STE 328
Atlanta, Georgia 30328