UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBBIE WILLISON, MATTHEW FLEEGER
and STEPHEN KERR,

    Plaintiffs,

v.                                                Case No.  5:11-cv-394-Oc-32TBS

WACHOVIA BANK and BANK OF AMERICA,

    Defendants.
_____/

ORDER

    Pending before the Court are Plaintiff Matthew Fleeger's Motion for Leave to File Second Amended Complaint (Doc. 53) and Defendant, Wachovia Bank, N.A.'s Response in Opposition to Plaintiff, Matthew Fleeger's Motion for Leave to File Second Amended Complaint [ECF No. 53] (Doc. 56).  Wachovia Bank's response focuses on the question this Court had when it first read the motion for leave to amend.  Now, the Court sua sponte, grants all three Plaintiffs ten days leave from the rendition of this Order within to file their replies, if any, to Wachovia Bank's response.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on May 21, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel