UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBBIE WILLISON, MATTHEW FLEEGER
and STEPHEN KERR,

    Plaintiffs,

v.        Case No.  5:11-cv-394-Oc-32TBS

WACHOVIA BANK and BANK OF AMERICA,

    Defendants.
_____/

ORDER

Pending before the Court is Defendant Wells Fargo Bank, N.A.'s Objection to Plaintiff Stephen Kerr's Notice of Deposition Duces Tecum and Motion for Protective Order. (Doc. 61).  On the eve of the noticed deposition of Ms. Karlene Wong, Defendant Wells Fargo asked the Court to enter a protective order to excuse it and its employees from producing certain documents.  Plaintiffs did not respond to the motion.  The date of the deposition has come and gone.  Upon due consideration, Defendant Wells Fargo is directed to advise the Court, on or before June 20, 2012, of whether the motion has been mooted or if a ruling is needed.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on June 12, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All Counsel
    Any Pro Se Parties